FILED
9/28/22 4:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>WITHDRAWAL OF APPEARANCES REBECCA SOLARZ, ESQUIRE, IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF BRIAN C. NICHOLAS, ESQUIRE, IN VARIOUS OPEN CASES | Miscellaneous No.   22-00225-GLT<br><br>Related dkt. No. 2 |

## ORDER OF COURT

AND NOW, this __28th__ day of __September__, 2022, upon consideration of the Omnibus Joint Motion to Withdraw the Appearance of Rebecca Solarz, Esquire, and Enter the Appearance of Brian C. Nicholas, Esquire, it is hereby

ORDERED that the Motion is granted, and Rebecca Solarz, Esquire, is granted leave to withdraw his appearance as counsel of record in in the list of cases attached to the Motion as Exhibit "A", and it is further

ORDERED that the appearance of Brian C. Nicholas, Esquire, is entered as counsel of record for the parties formerly represented by Attorney Solarz in the list of cases attached to the Motion as Exhibit "A".

BY THE COURT:

Dated: 9/28/22

_____J.
U.S. Bankruptcy Judge   hct

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
All Active cases in which Rebecca Solarz  
    Debtor

Case No. 22-00225-GLT  
Chapter

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Sep 28, 2022      Form ID: pdf900      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**  
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Sep 28 2022 23:19:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 28 2022 23:19:00 | United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| ust | + Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Sep 28 2022 23:19:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pmp | | All Active cases in which Rebecca Solarz, Esq. of |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2022      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Party to Miscellaneous Proceeding All Active cases in which Rebecca Solarz Esq. of KML Law Group, P.C. Appears |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 28, 2022 | Form ID: pdf900 | Total Noticed: 3 |

bnicholas@kmllawgroup.com

TOTAL: 1