# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| All Active Cases in Which Rebecca Solarz, Esq. of KML Law Group, P.C. Appears ) | |
| ) | **Miscellaneous Case No.** 22-00225-GLT |
| ) | |
| ) | |
| **Filing Party Name and Address:** ) | |
| Brian Nicholas ) | |
| KML Law Group, P.C. ) | |
| 701 Market Street, Suite 5000 | |
| Philadelphia, PA 19106 | |

### Request for Filing Fee

The above-referenced **Miscellaneous Proceeding** was opened on **September 26, 2022**, and an **Omnibus Motion** was filed on September 28, 2022, for the withdrawal and substitution of counsel.

A fee is due for the filing of the Motion (for filing any document that is not related to a pending case or proceeding, i.e., for which a miscellaneous proceeding is opened). A check in the amount of **$49.00** payable to Clerk, United States Bankruptcy Court must be submitted within seven days of the date this request is issued.

**Please submit a copy of this request with your payment.**

                                           Michael R. Rhodes, Clerk
                                           United States Bankruptcy Court
                                           Western District of Pennsylvania
                                           5414 U.S. Steel Tower
                                           600 Grant Street
                                           Pittsburgh, PA 15219

Date: October 5, 2022                          By: Lee Katsafanas
                                                               Deputy Clerk

                                           Filing Fee Paid: $
                                           Receipt No.

#92e-I